728

**William WADE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27547.

Court of Criminal Appeals of Texas.

April 13, 1955.

**William B. DROPPLEMAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27545.

Court of Criminal Appeals of Texas.

April 13, 1955.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of unstamped liquor; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is drunken driving (second offense); the punishment, thirty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.